IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| **In the Matter of the Arrest of** <br> Olver Anacleto Amador-Calderon | ) ) ) ) ) ) Docket No. 3:25-mj-13-SCR <br><br> ***UNDER SEAL*** |

## ORDER SEALING ARREST WARRANT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Arrest Warrant, Affidavit, Attachments, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, Affidavit, Attachments, the Motion to Seal, and this Order be sealed be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Alfredo.de.la.rosa@usdoj.gov).

SO ORDERED this 15th day of January 2025.

_____
SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE